AUSA:    Corinne Lambert          Telephone:  (313) 226-9129
AO 91 (Rev. 11/11)  Criminal Complaint          Special Agent:    Megan So          Telephone:  (313) 590-4692

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America

    v.

Cher-Ri Pye

Case No. 25-30758

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 2020 - June 2023 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 1343 | Wire Fraud |
| 18 U.S.C. § 641 | Theft of Government Funds |
| 18 U.S.C. § 1029 | Access Device Fraud |
| 42 U.S.C. § 408 | Social Security Benefit Fraud |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

 Megan So, Special Agent
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __December 17, 2025__

City and state: _Detroit, Michigan_

_____
Judge's signature

 David R. Grand- Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT AND ARREST WARRANT

I, **MEGAN SO,** being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1)      I am a Special Agent with the Social Security Administration, Office of the
Inspector General, Office of Investigations (SSA/OIG/OI) and have been so
employed since February 2020. I hold a bachelor's degree in Business
Administration from the University of Michigan–Dearborn. I am a graduate
of the Federal Law Enforcement Training Center in Glynco, GA, having
completed its Criminal Investigator Training Program. Additionally, I
completed the Inspector General Investigator Training Program through the
Council of the Inspector General on Integrity and Efficiency. Before
becoming a Special Agent, I spent eleven years processing benefit
applications and resolving benefit-related matters for the SSA, first as a
Claims Representative, and then as an Operations Supervisor. My current
job duties include conducting investigations of violations of Social Security
laws and related statutes, including but not limited to Title 18 U.S.C. § 1343
(Wire Fraud), 18 U.S.C. § 641 (Theft of Government Funds), 18 U.S.C.
§ 1029 (Access Device Fraud), and 42 U.S.C. § 408 (Social Security Benefit
Fraud). I am authorized to execute warrants and make arrests.

2)      I have been assigned to an investigation concerning the disposition of Social

Security and United States Department of Veterans Affairs (VA) benefits

paid in the name of Chandra Williams (aka Chandra Pye-Williams;

hereinafter Williams) following her death.

3)      Based on my investigation thus far, there is probable cause to believe that

Williams's daughter, Cher-Ri PYE (hereinafter PYE), accessed and

converted to her own use the SSA and VA benefits issued to Williams after

her death, in violation of 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 641

(Theft of Government Funds), 18 U.S.C. § 1029 (Access Device Fraud), and

42 U.S.C. § 408 (Social Security Benefit Fraud)

4)      I have prepared this affidavit in support of a criminal complaint and arrest

warrant for PYE. The facts in this affidavit come from my personal

observations, my training and experience, and information obtained from

other agents and witnesses. This affidavit is presented for the limited

purpose of showing there is sufficient probable cause for the requested

complaint and warrant and does not set forth all of my knowledge about this

matter.

## INVESTIGATION SUMMARY

5)    Chandra Williams was receiving Social Security Retirement Insurance

Benefits and VA Dependency and Indemnity Compensation when she

passed away on April 5, 2020, in Detroit, MI. Williams's death was not

properly reported to the SSA and the VA. As a result, the SSA continued to

issue monthly benefits in Williams's name through June 2023, and the VA

through December 2020. Williams's Social Security and VA benefits were

deposited into bank accounts owned solely by Williams following her death.

Bank records, including surveillance video recordings and photographs,

revealed that PYE used Williams's debit cards to fraudulently access

Williams's bank accounts and steal the $45,253.00 in SSA benefits and

$20,403.65 in VA benefits paid in Williams's name, after her passing.

## PROBABLE CAUSE

### Social Security Benefit Background

6)    The SSA administers monthly benefit payments under Title II of the Social

Security Act, including Retirement, Survivors, and Disability insurance. The

death of the beneficiary causes these monthly benefits to terminate. The SSA

obtains death information from a variety of sources, including family

members, funeral homes, and state vital records offices. In rare instances, the

SSA erroneously pays benefits to deceased individuals. This is often the result of the SSA not receiving reports of the death, or reports of deaths containing personal identifiers that are inconsistent with SSA records, deaths that occur outside the United States, or other systems interface errors. In this case, it is unclear why SSA records were not updated to reflect the beneficiary's death.

### Veterans Affairs' Benefit Background

7)    The VA administers a program called Dependency and Indemnity Compensation (DIC). The DIC program furnishes a monthly benefit payable to eligible survivors of a military service member. DIC payments may be made available for surviving spouses who have not remarried, if: (1) the individual was married to the veteran for a least 1 year; (2) the marriage was valid; (3) the individual lived with the veteran continuously until his/her death or, if separated, the individual was not at fault; and (4) the individual did not remarry. VA regulations require the VA to terminate benefits on the first of the month in which the death occurred. In the instant case, since Williams died on April 5, 2020, the VA would have terminated the benefit April 1, 2020.

**Cher-Ri PYE Investigation**

8)    In April 2023, the SSA/OIG/OI was contacted by an SSA field office in

Detroit, MI, regarding Title II beneficiary, Williams. Williams was

previously representative payee for an SSA beneficiary named Antonio

Williams. Antonio Williams's current representative payee reported that

Williams had passed away.

9)    I obtained Williams's death certificate from the State of Michigan, which

substantiated that Williams passed away on April 5, 2020, at Harper

University Hospital, Detroit, MI. Her address is documented as 5036

Greenway St., Detroit, MI. The informant on her death certificate is her

daughter, PYE, of 5066 Greenway St., Detroit, MI.

10)   According to SSA records, Williams became entitled to Social Security

retirement benefits effective September 2018. Williams was still receiving

SSA benefits when this investigation began. The disbursement of Williams's

SSA benefits was terminated in June 2023, as a result of this investigation.

11)   Williams's address on SSA records was 5036 Greenway St., Detroit, MI. In

May 2022, the SSA updated Williams's address to 5066 Greenway St.,

Detroit, MI, a change which appears to be initiated by an interface with the

United States Post Office. This address belongs to PYE, which is two houses

down the street from Williams's address. After the address change, the SSA

and the United States Department of the Treasury mailed Williams

approximately a dozen notices regarding her Social Security benefits to

PYE's address, including Cost of Living Adjustment letters and benefit

offset notices.

12)   Williams's SSA benefits were directly deposited into Comerica Bank

checking account #xxxxxx6326, before and after her date of death. I

obtained records from Comerica Bank, which revealed that Williams was the

sole owner of the account. Bank statements reflect that the address on the

account is PYE's address of 5066 Greenway St., Detroit, MI. A review of

the bank statements showed the only deposits into the account were:

- Williams's monthly SSA benefit payments

- April 2020 - O.H. Pye III [Funeral Home] payroll, $91.60 (*Williams's prior place of employment*)

- Covid-19 Economic Impact Payments from the Internal Revenue Service paid in Williams's name, dated April 2020 ($1,200), January 2021 ($600), and April 2021 ($1,400).

The bank statements also showed that the majority of the debits from this

account after Williams's death were processed via ATM withdrawals at

Comerica Bank locations in Detroit, MI and surrounding areas. There were

also some debit card transactions at local retailers, online bill payments, and

transfers to Cash App accounts in PYE and Williams's names (*i.e.*, Cash App*cherri and Cash App*chandr). Effective June 29, 2023, the account balance was $0.93.

13) Comerica Bank provided ATM surveillance photographs from several transactions on Williams's account. On March 13, 2023, March 26, 2023, May 24, 2023, June 3, 2023, and June 28, 2023, the surveillance photographs showed PYE using Williams's debit card to access the ATM. [As part of the investigation, I obtained a copy of PYE's Michigan driver's license from the Secretary of State. While reviewing the ATM surveillance photographs, I recognized PYE as being the customer, from her driver's license photograph.] Williams's bank statements showed corresponding cash withdrawals for each of the transactions. Additionally, on multiple occasions the ATM surveillance photographs depicted a grey Chevrolet with damage on the passenger side of the vehicle, which further investigation revealed to be PYE's vehicle, as discussed below.

14) VA records obtained as part of the investigation indicate that Williams began receiving VA DIC benefits as the surviving spouse of her husband, who passed away on March 30, 2020. The VA, unaware of Williams's death, mailed 11 benefit checks to Williams at 5036 Greenway St., Detroit,

MI, from April 21, 2020, through December 31, 2020. Williams's benefits were subsequently suspended due to a check being returned to the VA as undeliverable.

15) All 11 of the VA benefit checks issued to Williams were remotely deposited into accounts at Chase Bank.  I obtained records from Chase Bank, which revealed that nine of Williams's VA checks were deposited into checking account #xxxxx1830, an account solely owned by Williams. The other two of Williams's VA checks were deposited into savings account #xxxxxx9590, another account solely owned by Williams, and then transferred to account #xxxxx1830. Bank statements reflect that the address on both accounts is PYE's address of 5066 Greenway St., Detroit, MI.  According to the bank statements, the deposits into Williams's Chase Bank account #xxxxx1830 consisted of:

- The nine VA benefit checks issued to Williams;

- Approximately 38 monthly payments from Fidelity Investments of $188.16 each, from June 2020 through May 2023;

- One online transfer from savings account ending in 9590, which included the funds from Williams's two VA benefit checks, as mentioned above.

The withdrawals from the bank account include many ATM withdrawals, payment transfers via Cash App, and debit card transactions at various merchants, including supermarkets, fast food restaurants, and liquor stores.

16)   The bank records also reveal that a replacement "Disney Mickey & Crew" debit card ending in #7151 was issued on July 15, 2020, and activated on July 16, 2020. It was mailed via rushed shipping and delivered to PYE's address at 5066 Greenway St, Detroit, MI. Williams's bank statements showed a corresponding card replacement fee of $5.00 charged on July 15, 2020. ATM withdrawals and card purchase transactions occurring prior to July 17, 2020, were attributed to a card ending in 6372 and after July 17, 2020, the card ending in 7151.

17)   Chase Bank provided two ATM surveillance video recordings of transactions occurring on Williams's account after her death. On April 11, 2023, a grey Chevrolet drove up to the ATM to process a transaction. Although the driver's face was not visible due to the camera angle, there was a small white rectangle sticker located on the upper driver's side windshield. Photographs taken during surveillance on PYE's residence depicted a small white rectangle sticker on the windshield of her Chevrolet Traverse. In the second video, recorded on May 3, 2023, PYE used the drive-up ATM to

process a transaction on Williams's bank account using a Disney-themed
debit card featuring the cartoon character Donald Duck. In the ATM
surveillance video, I recognized PYE as the customer from her Michigan
driver's license photograph. Williams's bank statements showed
corresponding cash withdrawals for each of the transactions.

18)   SSA records showed that Williams previously worked for General Motors.
General Motors's pension is administered through Fidelity Investments. It
appears that this was the source of the Fidelity payments deposited into
Williams's Chase Bank account. On July 7, 2023, I informed General
Motors of Williams's death and provided them with a copy of her death
certificate. After that, the Fidelity Investment payments ceased. The last
Fidelity Investment payment was issued on July 1, 2023.

19)   Michigan Secretary of State records showed that PYE had a 2018 Chevrolet
Traverse registered to her and Hosea Williams (her deceased stepfather)
since February 2018. Sometime after June 2023, the vehicle was transferred
out of her name. In March 2025, PYE registered a 2015 Jeep Grand
Cherokee, MI plate #AAOFAS.

20)   In June 2023, I conducted surveillance on PYE's residence at 5066
Greenway St. in Detroit, MI, on multiple occasions. I observed a grey

Chevrolet Traverse with damage on the passenger side parked in her driveway. I observed PYE departing from her residence driving the Chevrolet Traverse. Additionally, I took photographs of her vehicle which showed a small white rectangle sticker located on the upper driver's side windshield.

21)    In June 2023, I attempted to interview PYE at her residence. When PYE opened her door, I introduced myself as a Special Agent with the Social Security Administration, Office of the Inspector General. I introduced the agent accompanying me as a Special Agent with the Department of Veterans Affairs, Office of the Inspector General. I showed PYE my credentials and explained that we wanted to discuss details related to her mother. I suggested that she go inside to get dressed and let us know when she was ready to talk, and that we would be waiting outside. PYE never re-appeared and did not answer the door when I knocked again several minutes later. I left PYE my business card and wrote a note on the back requesting that she call me. PYE never contacted me.

22)    PYE's address on her driver's license was 5066 Greenway St., Detroit, MI until March 2025, when it was changed to 36285 Dominion Circle, Sterling Heights, MI. However, surveillance was conducted in December 2025 on

- 11 -

both potential residences. PYE's Jeep was parked at the residence of 5066 Greenway St., Detroit, MI in the early morning, and she was observed departing from the residence in her Jeep shortly after 8:00 AM. Surveillance on 36285 Dominion Circle, Sterling Heights, MI did not yield any observations to suggest that PYE resides there. It appears that PYE continues to reside at 5066 Greenway St., Detroit, MI.

## **CONCLUSION**

23) Accordingly, based upon my training, experience, and the facts set forth in this Affidavit, there is probable cause to believe that PYE fraudulently accessed and converted to her personal use the federal SSA and VA benefits issued in Williams's name after her death, in violation of 18 U.S.C. § 1343 (Wire Fraud), 18 U.S.C. § 641 (Theft of Government Funds), 18 U.S.C. § 1029 (Access Device Fraud), and 42 U.S.C. § 408 (Social Security Benefit Fraud).

I, MEGAN SO, Special Agent with the Social Security Administration, Office of the Inspector General, Office of Investigations, being duly sworn according to law, hereby affirm that the facts stated in the foregoing affidavit are true and accurate to the best of my knowledge, information, and belief.

_____
MEGAN SO
Special Agent, SSA/OIG/OI

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
David R. Grand
United States Magistrate Judge

December 17, 2025

- 13 -